IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JONES EXPRESS, INC., )
)
v. ) 3:10-0140
)
ERNEST WATSON )

**O R D E R**

Before the Court is an Agreed Order, Doc. #30, to extend the deadline for the filing of a response of the Defendant in opposition to Plaintiff's Motion for Summary Judgment.

The submitted Agreed Order is DENIED. The original scheduling order will be complied with. The jury trial date is June 28, 2011.

It is so ORDERED.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge