IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JONES EXPRESS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:10-cv-140 |
| ) | |
| ERNEST WATSON, ) | Judge Thomas A. Wiseman, Jr. |
| ) | |
| Defendant. ) | |

**ORDER**

Plaintiff Jones Express, Inc. ("Jones Express") filed this diversity action against defendant Ernest Watson, an individual, alleging that Watson breached the terms of a contract between them and breached a common-law duty of indemnity. Now before the Court is Jones Express's motion for summary judgment (Doc. No. 18). For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that the plaintiff is not entitled to judgment as a matter of law on the question of the defendant's liability for alleged breach of a contractual indemnification clause, and that because the parties' relationship is governed by the terms of a contract, the plaintiff will not be able to recover under a theory of common-law indemnity.

Accordingly, the motion (Doc. No. 18) is hereby **DENIED**.

The matter is referred back to the Magistrate Judge for further case management as necessary.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge