UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
JONES EXPRESS, INC.,          )
                              )
        Plaintiff,            )
                              )
                v.            )    NO.  3:10-0140
                              )    Judge Wiseman/Bryant
ERNEST WATSON,                )    Jury Demand
                              )
        Defendant.            )
```

### O R D E R

The Senior District Judge has rescheduled the trial in this case for October 4, 2011, and has referred the case to the undersigned Magistrate Judge to set discovery deadlines and to address the setting of a judicial settlement conference (Docket Entry No. 58).

A telephone case management conference is scheduled for **Thursday, June 9, 2011, at 9:30 a.m.** Counsel for the plaintiff shall initiate this call. Counsel shall be prepared to discuss the scope and timing of any further discovery in this case as well as the scheduling of a judicial settlement conference.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge