UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JONES EXPRESS, INC., | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No. 3:10-0140 ) Judge Wiseman/Bryant/Brown ) **Jury Demand** |
| ERNEST WATSON, | ) ) |
| Defendant | ) |

## O R D E R

A settlement conference was held in this matter on September 8, 2011. Although the parties bargained in good faith a settlement satisfactory to both sides could not be reached. The parties are advised that the Magistrate Judge does stand ready to assist should the parties believe further negotiations would be of any benefit.

In the event the Defendant files bankruptcy, the parties should promptly notify the District Court so the matter can be stayed pending resolution of bankruptcy proceedings.

At the present time it appears that nothing remains to be done by the Magistrate Judge and the **Clerk** should return the file to Judge Wiseman for such further proceedings as he deems necessary.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge